Sealed      X

Unsealed  _____

**Personal Data Sheet**         USAO#  **2009R09492**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS      **A11CR 259 LY**

RELATED CASE  **X**  YES     CASE NO.  **A:10-809M; A-10-821M; A:11-289M; A:11-290M**

County:  **TRAVIS**      **AUSTIN**  Division      Judge: _____

Date:  **5/5/11**    Mag Ct.# _____    SSN: _____    FBI#: _____

Case No.: _____      Assistant U. S. Attorney:  **GARTH R. BACKE**

Defendant:  **(1) JOSE RAMIRO VICHARELLY**    Date of Birth: _____

Address: _____

Citizenship:    United States _____    Mexican  **X**    Other _____

Interpreter Needed:   Yes  **X**    No _____    Language  **Spanish**

Defense Attorney: _____                Employed _____

Address of Attorney: _____             Appointed _____

Defendant is:   In Jail _____   Where: _____

              On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____              Bench Warrant Needed  **Yes**

Prosecution By:        Information _____     Indictment  **X**

Offense (Code & Description):  <u>Count One</u>: 18 USC §371: Conspiracy to Commit Visa Fraud; <u>Count Two</u>: 8 U.S.C. §1324(a)(1)(A)(v)(I): Conspiracy to Encourage Aliens to Illegally Enter and Reside in the United States; <u>Counts Three–Five</u>: 8 USC §1324(a)(1)(A)(iv): Encouraging and Inducing Aliens to Illegally Enter and Reside in the United States for Purposes of Private Financial Gain.

Offense Is:      Felony  **X**    Misdemeanor _____

Maximum Sentence:  <u>Count One</u>: Not more than 5 years imprisonment; maximum $250,000 fine, or both; maximum 3 year(s) TSR; $100 SA fee; <u>Counts Two-Five</u>: Not more than 10 years imprisonment; maximum $250,000 fine, or both; maximum 3 year(s) TSR; $100 SA fee.

Penalty is Mandatory:    As to special assessment     Yes  **X**    No _____

Remarks: _____

| Sealed | X |
|---|---|
| Unsealed | |

Personal Data Sheet    USAO#  **2009R09492**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**A11CR 259 LY**

RELATED CASE **X** YES    CASE NO. **A:10-809M; A-10-821M; A:11-289M; A:11-290M**

County: **TRAVIS**    **AUSTIN** Division    Judge: _____

Date: **5/5/11**    Mag Ct.# _____    SSN: _____    FBI#: _____

Case No.: _____    Assistant U. S. Attorney: **GARTH R. BACKE**

Defendant: **(2) IRMA LOPEZ VICHARELLY**    Date of Birth: _____

Address: _____

Citizenship:    United States _____    Mexican _____    Other _____

Interpreter Needed:    Yes **X**    No _____    Language **Spanish**

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:    In Jail _____    Where: _____

On Bond _____    Amt. of Bond _____    Where: _____

Date of Arrest: _____    Bench Warrant Needed **Yes**

Prosecution By:    Information _____    Indictment **X**

Offense (Code & Description):    <u>Count One</u>: 18 USC §371: Conspiracy to Commit Visa Fraud; <u>Count Two</u>: 8 U.S.C. §1324(a)(1)(A)(v)(I): Conspiracy to Encourage Aliens to Illegally Enter and Reside in the United States; <u>Counts Three–Five</u>: 8 USC §1324(a)(1)(A)(iv): Encouraging and Inducing Aliens to Illegally Enter and Reside in the United States for Purposes of Private Financial Gain.

Offense Is:    Felony **X**    Misdemeanor _____

Maximum Sentence:    <u>Count One</u>: Not more than 5 years imprisonment; maximum $250,000 fine, or both; maximum 3 year(s) TSR; $100 SA fee; <u>Counts Two-Five</u>: Not more than 10 years imprisonment; maximum $250,000 fine, or both; maximum 3 year(s) TSR; $100 SA fee

Penalty is Mandatory:    As to special assessment    Yes **X**    No _____

Remarks: _____

| | |
|---|---|
| Sealed | **X** |
| Unsealed | |

Personal Data Sheet   USAO# **2009R09492**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS **A11CR 259 LY**

RELATED CASE **X** YES   CASE NO. **A:10-809M; A-10-821M; A:11-289M; A:11-290M**

County: **TRAVIS**   **AUSTIN** Division   Judge: _____

Date: **5/5/11**   Mag Ct.# _____   SSN: _____   FBI#: _____

Case No.: _____   Assistant U. S. Attorney: **GARTH R. BACKE**

Defendant: **(3) ANGELA PAOLA FAULK**   Date of Birth: _____

Address: _____

Citizenship: United States ____   Mexican ____   Other ____

Interpreter Needed: Yes ____   No **X**   Language **Spanish**

Defense Attorney: _____   Employed ____

Address of Attorney: _____   Appointed ____

Defendant is:   In Jail ____   Where: _____
               On Bond ____   Amt. of Bond ____   Where: _____

Date of Arrest: _____   Bench Warrant Needed **Yes**

Prosecution By:   Information ____   Indictment **X**

Offense (Code & Description):   <u>Count One</u>: 18 USC §371: Conspiracy to Commit Visa Fraud; <u>Count Two</u>: 8 U.S.C. §1324(a)(1)(A)(v)(I): Conspiracy to Encourage Aliens to Illegally Enter and Reside in the United States; <u>Counts Three–Four</u>: 8 USC §1324(a)(1)(A)(iv): Encouraging and Inducing Aliens to Illegally Enter and Reside in the United States for Purposes of Private Financial Gain.

Offense Is:   Felony **X**   Misdemeanor ____

Maximum Sentence:   <u>Count One</u>: Not more than 5 years imprisonment; maximum $250,000 fine, or both; maximum 3 year(s) TSR; $100 SA fee; <u>Counts Two-Four</u>: Not more than 10 years imprisonment; maximum $250,000 fine, or both; maximum 3 year(s) TSR; $100 SA fee

Penalty is Mandatory:   As to special assessment   Yes **X**   No ____

Remarks: _____

Sealed      **X**

Unsealed    ____

Personal Data Sheet    USAO#   **2009R09492**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS    **A11CR 259 LY**

RELATED CASE __X__ YES   CASE NO. __A:10-809M; A-10-821M; A:11-289M; A:11-290M__

County: **TRAVIS**   **AUSTIN** Division   Judge: ____

Date: **5/5/11**   Mag Ct.# ____   SSN: ____   FBI#: ____

Case No.: ____   Assistant U. S. Attorney: **GARTH R. BACKE**

Defendant: **(4) PEDRO SAUL OCAMPO MUNGUIA**   Date of Birth: ____

Address: ____

Citizenship:   United States ____   Mexican ____   Other ____

Interpreter Needed:   Yes **X**   No ____   Language ____

Defense Attorney: ____   Employed ____

Address of Attorney: ____   Appointed ____

Defendant is:   In Jail ____   Where: ____

On Bond ____   Amt. of Bond ____   Where: ____

Date of Arrest: ____   Bench Warrant Needed **Yes**

Prosecution By:   Information ____   Indictment **X**

Offense (Code & Description):   <u>Count One</u>: 18 USC §371: Conspiracy to Commit Visa Fraud; <u>Count Two</u>: 8 U.S.C. §1324(a)(1)(A)(v)(I): Conspiracy to Encourage Aliens to Illegally Enter and Reside in the United States; <u>Count Five</u>: 8 USC §1324(a)(1)(A)(iv): Encouraging and Inducing Aliens to Illegally Enter and Reside in the United States for Purposes of Private Financial Gain.

Offense Is:   Felony **X**   Misdemeanor ____

Maximum Sentence:   <u>Count One</u>: Not more than 5 years imprisonment; maximum $250,000 fine, or both; maximum 3 year(s) TSR; $100 SA fee; <u>Counts Two and Five</u>: Not more than 10 years imprisonment; maximum $250,000 fine, or both; maximum 3 year(s) TSR; $100 SA fee

Penalty is Mandatory:   As to special assessment   Yes **X**   No ____

Remarks: ____

Sealed        X

Unsealed      ___            Personal Data Sheet         USAO#   **2009R09492**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS   **A11CR 259 LY**

**RELATED CASE  X   YES      CASE NO.  A:10-809M; A-10-821M; A:11-289M; A:11-290M**

County:  **TRAVIS**      **AUSTIN**   Division            Judge: _____

Date:  **5/5/11**    Mag Ct.# _____    SSN: _____       FBI#: _____

Case No.: _____     Assistant U. S. Attorney:  **GARTH R. BACKE**

Defendant:  **(5) SERVANDO GONZALEZ, JR.**       Date of Birth: _____

Address: _____

Citizenship:       United States _____       Mexican  **X**       Other _____

Interpreter Needed:   Yes  **X**    No _____     Language  **Spanish**

Defense Attorney: _____                     Employed _____

Address of Attorney: _____                  Appointed _____

Defendant is:   In Jail _____    Where: _____

                On Bond _____    Amt. of Bond _____    Where: _____

Date of Arrest: _____        Bench Warrant Needed  **Yes**

Prosecution By:                    Information _____      Indictment  **X**

Offense (Code & Description):   <u>Count One</u>: 18 USC §371: Conspiracy to Commit Visa Fraud; <u>Count Two</u>: 8 U.S.C. §1324(a)(1)(A)(v)(I): Conspiracy to Encourage Aliens to Illegally Enter and Reside in the United States

Offense Is:         Felony  **X**      Misdemeanor _____

Maximum Sentence:  <u>Count One</u>: Not more than 5 years imprisonment; maximum $250,000 fine, or both; maximum 3 year(s) TSR; $100 SA fee; <u>Count Two</u>: Not more than 10 years imprisonment; maximum $250,000 fine, or both; maximum 3 year(s) TSR; $100 SA fee.

Penalty is Mandatory:   As to special assessment       Yes  **X**     No _____

Remarks: _____