```
                                                                FILED
                                                          2011 OCT -3 PM 1:48
         IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TEXAS
                   AUSTIN DIVISION
```

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL NO. A-11-CR-259 LY |
| | § | |
| (1) JOSE RAMIRO VICHARELLY, | § | |
| (2) IRMA LOPEZ VICHARELLY, | § | |
| (3) ANGELA PAOLA FAULK, | § | |
| (5) SERVANDO GONZALEZ, JR., | § | |
| | § | |
| Defendants. | § | |

## PRELIMINARY ORDER OF FORFEITURE

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(n)(1)-(7) and Fed. R. Crim. P. 32.2(b)(2), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of evidence a nexus between the below-described properties and the violations of 18 U.S.C. §§ 1546(a) and 371 and 8 U.S.C. § 1324(a)(1)(A)(v)(I), to which Defendants Jose Ramiro Vicharelly (1), Irma Lopez Vicharelly (2), Angela Paola Faulk (3), and Servando Gonzales, Jr. (5) pled guilty, and that said Defendants have an interest in the below-described properties. Said Motion is meritorious and should be, and hereby is, in all things GRANTED; IT IS THEREFORE

ORDERED that all right, title, and interest of Defendants Jose Ramiro Vicharelly (1), Irma Lopez Vicharelly (2), Angela Paola Faulk (3), and Servando Gonzales, Jr. (5), in certain properties, namely:

    a.    One 2006 Mercedes Benz CLS 500, Vin Number WDDDJ75X06A074878;

    b.    One 2008 Cadillac Escalade, Vin Number 1GYFK66878R242676;

c.  One 2003 BMW Z-4 Convertible, Vin Number 4USBT334X3LS40864;

d.  One 2006 Lincoln Mark LT, Vin Number 5LTPW16596FJ16399;

e.  One 2006 Jaguar S-Type, Vin Number SAJWA01A96FN57902;

f.  $61,767.74, more or less, in United States currency seized from Wells Fargo Bank, Account Number ******5277, in the name of Jose R. Vicharelly;

g.  $3,554.89, more or less, in United States currency seized from Bank of America, Account Number ********5456, in the name of Jose R. Vicharelly dba Texas Staffing Resources;

h.  $245,293.00, more or less, in United States currency seized from the residence of Jose Ramiro Vicharelly and Irma Lopez Vicharelly;

i.  $539.90, more or less, in United States coins and currency seized from the residence of Jose Ramiro Vicharelly and Irma Lopez Vicharelly;

j.  $2,000.00, more or less, in United States currency seized from the residence of Angela Faulk and Servando Gonzales, Jr.;

k.  One male Rolex watch seized from the residence of Jose Ramiro Vicharelly and Irma Lopez Vicharelly;

l.  One female Rolex watch seized from the residence of Jose Ramiro Vicharelly and Irma Lopez Vicharelly;

m.  One Mexican gold coin seized from the residence of Jose Ramiro Vicharelly and Irma Lopez Vicharelly;

n.  One Phillips 42" plasma television, model 42PF7320A/37, seized from the residence of Jose Ramiro Vicharelly and Irma Lopez Vicharelly;

o.  One Samsung 42" plasma television, model HP-T4254, seized from the residence of Jose Ramiro Vicharelly and Irma Lopez Vicharelly;

p.  One Burberry leather handbag, HTS number 4202.91.0030, seized from the residence of Angela Faulk and Servando Gonzales, Jr.;

q.  One Burberry leather mini handbag, HTS number 4202.91.9000, seized from the residence of Angela Faulk and Servando Gonzales, Jr.;

r.  Three Gucci leather handbags, HTS number 4202.91.0030, seized from the residence of Angela Faulk and Servando Gonzales, Jr.;

s.  Two Gucci textile handbags, HTS number 4202.92.2000, seized from the residence of Angela Faulk and Servando Gonzales, Jr.;

t.  One Gucci leather wallet, HTS number 4202.31.6000, seized from the residence of Angela Faulk and Servando Gonzales, Jr.;

u.  One Kors leather mini handbag, HTS number 4202.21.9000, seized from the residence of Angela Faulk and Servando Gonzales, Jr.; and

v.  One Fendi leather handbag, HTS number 4202.91.0030, seized from the residence of Angela Faulk and Servando Gonzales, Jr.;

hereinafter, collectively referred to as the "Subject Personal Properties," be, and hereby are FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including United States Immigration and Customs Enforcement, shall seize, take custody, control and possession of the Subject Personal Properties whether held by Defendants Jose Ramiro Vicharelly (1), Irma Lopez Vicharelly (2), Angela Paola Faulk (3), and Servando Gonzales, Jr. (5) or a third party, and shall be permitted to undertake whatever discovery is necessary to identify, locate, and dispose of the properties; and IT IS FURTHER

ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Personal Properties in such manner as the United States directs. The United States must send notice to any person or entity who reasonably appears to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding; and IT

IS FURTHER

ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture and incorporated herein, along with the Preliminary Order of Forfeiture, to those known to the United States to have an interest in the Subject Personal Properties; and IT IS FURTHER

ORDERED that in the event that any of the circumstances in 21 U.S.C. § 853(p) are applicable, the United States shall conduct any discovery to identify, locate, and dispose of the Subject Personal Properties and to commence proceedings governing third-party rights; and IT IS FURTHER

ORDERED that in the event a third-party petition is filed as to the Subject Personal Properties, the United States shall commence discovery proceedings to resolve any third-party issues, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure; and IT IS FURTHER

ORDERED, that at the time of the sentencing of Defendants Jose Ramiro Vicharelly (1), Irma Lopez Vicharelly (2), Angela Paola Faulk (3), and Servando Gonzales, Jr. (5), the forfeiture of the Subject Personal Properties shall be included in each Defendant's Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this 3rd day of October, 2011.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE