FILED
2011 OCT -3 PM 1:48
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL NO. A-11-CR-259 LY |
| | § | |
| (1) JOSE RAMIRO VICHARELLY, | § | |
| (2) IRMA LOPEZ VICHARELLY, | § | |
| (3) ANGELA PAOLA FAULK, | § | |
| (5) SERVANDO GONZALEZ, JR., | § | |
| | § | |
| Defendants. | § | |

## MONEY JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Entry of a Money Judgment of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(b)(1) (*See* 21 U.S.C. § 853(p)) and Fed. R. Crim. P. 32.2(b)(2), and this Court being fully and wholly apprised in all its premises, finds that the United States of America has established by a preponderance of the evidence a nexus between the below-described property and the violations of 18 U.S.C. §§ 1546(a) and 371 and 8 U.S.C. § 1324(a)(1)(A)(v)(I), and that Defendants Jose Ramiro Vicharelly (1), Irma Lopez Vicharelly (2), Angela Paola Faulk (3), and Servando Gonzales, Jr. (5) have an interest in said property. Said Motion is meritorious and should be, and hereby is, in all things GRANTED. IT IS THEREFORE,

ORDERED that any and all right, title, and interest of Defendants Jose Ramiro Vicharelly (1), Irma Lopez Vicharelly (2), Angela Paola Faulk (3), and Servando Gonzales, Jr. (5) in certain property, namely:

> A sum of money equal to one million dollars in United States currency ($1,000,000.00), representing the amount of money derived from or traceable to the

proceeds obtained directly or indirectly from the commission of the offenses described above and for which JOSE RAMIRO VICHARELLY, IRMA LOPEZ VICHARELLY, ANGELA PAOLA FAULK, and SERVANDO GONZALEZ, JR. are jointly and severally liable;

hereinafter referred to as the "Subject Money Judgment" be, and hereby are, FORFEITED to the United States of America; and IT IS FURTHER

ORDERED that the United States of America through its lawfully designated agents and agencies, including United States Immigration and Customs Enforcement, shall execute upon the Subject Money Judgment in accordance with law; and IT IS FURTHER

ORDERED that the United States of America is not limited to the aforementioned Subject Money Judgment, but the United States of America, at its option be, and hereby is, entitled to forfeiture of any other property, substitute assets, equivalent to the aforementioned Subject Money Judgment and this Court shall retain jurisdiction of this matter or settle any disputes arising from application of this clause; and IT IS FURTHER

ORDERED that, at the time of sentencing of Defendants Jose Ramiro Vicharelly (1), Irma Lopez Vicharelly (2), Angela Paola Faulk (3), and Servando Gonzales, Jr. (5), the forfeiture of the Subject Money Judgment shall be included in each Defendant's Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this 3rd day of October, 2011.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE